# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: MUSHROOM DIRECT PURCHASER ANTITRUST LITIGATION | |
| THIS DOCUMENT RELATES TO: | Master File No. 06-CV-0620 |
| WINN-DIXIE STORES, INC., *et al.* v. EASTERN MUSHROOM MARKETING COOPERATIVE, INC., *et al.* | Civil Action No. 15-CV-6480 |

## DEFENDANT J-M FARMS, INC. JOINDER IN CERTAIN DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendant J-M Farms, Inc. ("J-M Farms") hereby joins in the Motion to Dismiss for Failure to State a Claim (dkt #73) filed by Certain Defendants.

Respectfully submitted,

Dated: October 10, 2018

s/ Jason S. Taylor
Jason S. Taylor, OBA# 17755
Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711
(918) 586-8547 – Facsimile

Attorneys for Defendant J-M Farms, Inc.

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October, 2018, a true and correct copy of the foregoing Disclosure Statement form was served on counsel for all parties to this civil action by filing same pursuant to the ECF filing system of the United States District Court for the Eastern District of Pennsylvania.

s/ Jason S. Taylor