IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WINN-DIXIE STORES, INC., and BI-LO HOLDINGS, LLC, | : : : CIVIL ACTION NO. 15-6480 |
| Plaintiffs, | : |
| v. | : |
| EASTERN MUSHROOM MARKETING COOPERATIVE, INC., et al., | : : |
| Defendants. | : |

**MUSHROOM ALLIANCE, INC.'S JOINDER IN CERTAIN DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT [ECF 99]**

Defendant Mushroom Alliance, Inc. (the "Mushroom Alliance"), by and through its counsel, Klehr Harrison Harvey Branzburg LLP, joins in Certain Defendants' Motion to Dismiss the First Amended Complaint [ECF 99].

WHEREFORE, the Mushroom Alliance respectfully requests that the Court dismiss plaintiffs' First Amended Complaint for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

Dated: February 5, 2019

/s/ Matthew J. Borger
Matthew J. Borger
KLEHR HARRISON HARVEY
BRANZBURG LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
215-569-2700
mborger@klehr.com

*Attorney for Defendant*
*Mushroom Alliance, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Joinder was served on counsel for all parties to this civil action by filing same pursuant to the ECF filing system of the United States District Court for the Eastern District of Pennsylvania.

                                                   /s/ Matthew J. Borger