IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WINN-DIXIE STORES, INC., and BI-LO HOLDINGS, LLC,<br>　　　　　　Plaintiffs<br><br>v.<br><br>EASTERN MUSHROOM MARKETING COOPERATIVE, INC., et al.<br>　　　　　　Defendants | Case No.: 15-6480<br><br>Related Action:<br>Master File No. 06-0620 |

**DEFENDANT CARDILE MUSHROOMS, INC.'S JOINDER TO
MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT**

Defendant Cardile Mushrooms, Inc. ("Cardile Mushrooms") hereby joins in Certain Defendants' Motion to Dismiss the First Amended Complaint (ECF #99), Creekside Mushroom, Ltd.'s Motion to Dismiss Winn-Dixie and Bi-Lo Holdings, LLC's First Amended Complaint (ECF #101), and Giorgi Mushroom Co. and Giorgio Foods, Inc.'s Motion to Dismiss Winn-Dixie's First Amended Complaint (ECF #102).

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: February 5, 2019　　　　　　　　*/s/ Gary J. McCarthy*
　　　　　　　　　　　　　　　　　　　　Gary J. McCarthy, Esquire
　　　　　　　　　　　　　　　　　　　　McCarthy Weidler P.C.
　　　　　　　　　　　　　　　　　　　　2000 Market St., Ste. 2820
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　Telephone:  (215) 644-8580
　　　　　　　　　　　　　　　　　　　　gmccarthy@mccarthypc.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Cardile Mushrooms, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Joinder was served on counsel for all parties to this civil action by filing the same pursuant to the ECF filing system of the United States District Court for the Eastern District of Pennsylvania.

/s/ Gary J. McCarthy