# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE MUSHROOM DIRECT PURCHASER ANTITRUST LITIGATION | : : : : | CIVIL ACTION<br>Master File No. 06-0620 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : : | |
| WINN-DIXIE STORES, INC., et al.<br><br>v.<br><br>EASTERN MUSHROOM MARKETING COOPERATIVE, et al. | : : : : : : : : | CIVIL ACTION<br>No. 15-6480 |

## ORDER

**AND NOW**, this **14th** day of **May, 2019**, upon consideration of Defendant M.D. Basciani & Sons, Inc.'s Motion for Recusal and for a Stay of All Proceedings, responses by Certain Defendants, Class Plaintiffs, and Opt-Out Plaintiffs Publix Super Markets, Inc. and Giant Eagle, Inc., and for the reasons provided in the Court's Memorandum dated May 14, 2019, it is **ORDERED** that:

1. The motion (Civ. A. No. 06-620, Doc. No. 1006 and Civ. A. No. 15-6480, Doc. No. 127) is **DENIED**.

2. The class litigation will proceed to trial as scheduled on May 20, 2019.

BY THE COURT:

/s/ Berle M. Schiller

**Berle M. Schiller, J.**