V

IN THE COURT OF COMMON PLEAS

DELAWARE COUNTY, PENNSYLVANIA

CIVIL ACTION –

NO.: 5:15-CV-6480-BMS

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF PENNSYLVANIA   :
                              :  ss
COUNTY OF CHESTER             :

I, **Kenneth Hopton**, of Commonwealth Process Services, LLC. do swear or affirm and depose saying that on 7-9-19 at 10:10 AM, I did serve a true and correct copy of a Complaint/Summons/Subpoena, Other: Summons in a Civil Action

upon CARDILE BROTHERS MUSHROOM PACKAGING INC. LAST KNOWN ADDRESS: Mr. GARY MILLER: at 233 MEETING HOUSE RD, ASTON, TWIN OAKS, PA. 19014

by personally handing said copy to him/her.

Commonwealth of Pennsylvania - Notary Seal
Juan Leon Gonzalez, Notary Public
Chester County
My commission expires April 19, 2022
Commission number 1328614
Member Pennsylvania Association of Notaries

_____
**Kenneth Hopton**
Commonwealth Process Services LLC.

Sworn and subscribed before me this 10 day of July 2019

_____
Juan Leon Gonzalez

_____
Gary Miller

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  5:15-CV-6480-BMS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* " CARDILE BROTHERS MUSHROOM
was received by me on *(date)* 7·5·19 . PACKAGING, INC.

☑ I personally served the summons on the individual at *(place)* 233 MEETINGHOUSE RD,
ASTON, PA. 19014-O  (TWIN OAKS)/ GARY MULLER on *(date)* 7-9-19 ; or AT 10:10 AM

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 7·9-19

Server's signature

KENNETH HORROW / CPS.
Printed name and title

751 OAK ST, COATESVILLE, PA
Server's address  19320

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

EASTERN District of PENNSYLVANIA

| | | |
|---|---|---|
| WINN-DIXIE STORES, INC., and BI-LO HOLDINGS, LLC<br>*Plaintiff(s)*<br>v.<br>EASTERN MUSHROOM MARKETING COOPERATIVE, INC., ROBERT A. FERANTO, JR t/a BELLA MUSHROOM FARMS, BROWNSTONE MUSHROOM FARMS, INC., TO-JO FRESH MUSHROOMS, INC., CARDILE MUSHROOMS, INC., CARDILE BROS. MUSHROOMS PACKAGING, COUNTRY FRESH MUSHROOM CO., FOREST MUSHROOMS INC., FRANKLIN FARMS, INC., GINO GASPARI & SONS, INC., GASPARI BROS. INC., GIORGI MUSHROOM COMPANY, GIORGIO FOODS, INC., KAOLIN MUSHROOM FARMS, INC., SOUTH MILL MUSHROOM SALES, INC., LRP MUSHROOMS INC., LRP-M MUSHROOMS LLC, LEONE PIZZINI AND SON, INC., MODERN MUSHROOM FARMS, INC., SHER-ROCKEE MUSHROOM FARM, C&C CARRIAGE MUSHROOM CO., OAKSHIRE MUSHROOM FARM, INC., PHILLIPS MUSHROOM FARMS, INC., HARVEST FRESH FARMS, INC., LOUIS M. MARSON, JR., INC., MARIO CUTONE MUSHROOM CO., INC., M.D. BASCIANI & SONS, INC., MONTEREY MUSHROOMS, INC., MASHA & TOTO, INC., t/a M&T MUSHROOMS, W&P MUSHROOM INC., MUSHROOM ALLIANCE, INC., CREEKSIDE MUSHROOMS LTD., J-M FARMS, INC., UNITED MUSHROOM FARMS COOPERATIVE, INC., JOHN PIA, and MICHAEL PIA<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  5:15-CV-6480-BMS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Cardile Brothers Mushroom Packaging, Inc.
233 Meeting House Road
Twin Oaks, Chester, PA 19014-0

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
PATRICK J. AHERN, ESQ.
AHERN & ASSOCIATES PC
8 SOUTH MICHIGAN AVE., SUITE 3600
CHICAGO, IL. 60603

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____1/29/19_____                                    ___*/s/ F. DiCcooper/*___
                                                                *Signature of Clerk or Deputy Clerk*