UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WINN-DIXIE STORES, INC. and<br>BI-LO HOLDINGS, LLC,<br>   Plaintiffs,<br><br>v.<br><br>EASTERN MUSHROOM MARKETING<br>COOPERATIVE, INC., et al.<br><br>   Defendants | : <br> : Case No. 15-cv-6480<br> :<br> : Related Action:<br> : Master File No. 06-0620<br> :<br> :<br> :<br> :<br> :<br> : |

**ORDER**

  AND NOW, this    day of    , 2020, upon consideration of Defendants' Motion for Summary Judgment Against Plaintiff BI-LO, LLC (Doc. No.229), and Plaintiffs' response thereto, it is hereby ORDERED that the motion is GRANTED and all claims of Bi-Lo, LLC against all Defendants are DISMISSED WITH PREJUDICE.

                 BY THE COURT:


                 _____
                 Berle M. Schiller, J.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WINN-DIXIE STORES, INC. and <br> BI-LO HOLDINGS, LLC, <br>         Plaintiffs, <br><br> v. <br><br> EASTERN MUSHROOM MARKETING <br> COOPERATIVE, INC., et al. <br><br>         Defendants | : Case No. 15-cv-6480 <br> : <br> : Related Action: <br> : Master File No. 06-0620 <br> : <br> : <br> : <br> : <br> : |

**JOINDER OF DEFENDANT UNITED MUSHROOM FARM COOPERATIVE, INC IN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT <u>AGAINST PLAINTIFF BI-LO, LLC</u>**

United Mushroom Farm Cooperative, Inc. ("United Mushroom") hereby joins in Defendant's Motion for Summary Judgment Against Plaintiff Bi-Lo Holdings LLC (Doc. No. 229) pursuant to Federal Rule of Civil Procedure 56, and incorporated the motion and its supporting memorandum of law herein by reference.

        Respectfully submitted,

        *S/William J. Gallagher*
        William J. Gallagher, I.D. 04887
        Jane M. Shields, I.D. 25875
        MacELREE HARVEY, LTD.
        17 West Miner Street, P.O. Box 660
        West Chester, PA  19381-0660

        *Attorneys for United Mushroom Farm Cooperative, Inc.*

3574317v1
211433.65992

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served counsel for all parties to the above-captioned matter by the electronic filing the foregoing pursuant to the ECF system of the United States District Court of the Eastern District of Pennsylvania, to which said counsel are subscribers.

Dated: April 30, 2020

*S/William J. Gallagher*
William J. Gallagher, I.D. 04887
Jane M. Shields, I.D. 25875
MacELREE HARVEY, LTD.
17 West Miner Street
P.O. Box 660
West Chester, PA  19381-0660

*Attorneys for United Mushroom Farm Cooperative, Inc.*

3574317v1
211433.65992