UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WINN-DIXIE STORES, INC. and BI-LO HOLDINGS, LLC.<br><br>        Plaintiffs,<br><br>vs.<br><br>EASTERN MUSHROOM MARKETING COOPERATIVE, INC., et al.,<br><br>        Defendants | No. 15-cv-6480<br><br><br><br>Related Action:<br><br>Master File No. 06-cv-0620 |

**JOINDER OF DEFENDANTS J-M FARMS, INC. AND MUSHROOM ALLIANCE, INC. TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF BI-LO HOLDINGS, LLC**

For the reasons stated in Defendants' Motion for Summary Judgment Against Plaintiff Bi-Lo Holdings, LLC (Dkt. No. 229) Defendants J-M Farms, Inc. ("J-M Farms") and Mushroom Alliance, Inc. ("Mushroom Alliance"), by and through their undersigned counsel hereby join in said Motion and seek an order granting summary judgment in favor of Defendants with respect to Plaintiff Bi-Lo, LLC's claims.

Respectfully submitted,

Dated:  May 1, 2020

s/  Jason S. Taylor
D. Richard Funk, PBA# 18098
Oklahoma Bar Association # 13070
Jason S. Taylor, OBA# 17755
Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma  74172-0148
(918) 586-5711
(918) 586-8547 – Facsimile

Attorneys for Defendants J-M Farms, Inc. and Mushroom Alliance, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of May, 2020, a true and correct copy of the foregoing Disclosure Statement form was served on counsel for all parties to this civil action by filing same pursuant to the ECF filing system of the United States District Court for the Eastern District of Pennsylvania.

s/ Jason S. Taylor