**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WINN-DIXIE STORES, INC.,** *et al.* | : | |
| | : | |
| v. | : | No. 15-6480 |
| | : | |
| **EASTERN MUSHROOM** | : | |
| **MARKETING COOPERATIVE,** | : | |
| *et al.* | : | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on this date I caused to be electronically filed the foregoing documents with the Clerk of the Court of the United States District Court for the Eastern District of Pennsylvania by using the ECF filing system. Counsel of record who are registered ECF users will be served electronically by the ECF system.

Dated: May 10, 2020                                     /s/ Patrick J. Ahern_____
                                                                                     Patrick J. Ahern,
                                                                                     Attorney for Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC

Patrick J. Ahern
Theodore Bell
Ahern and Associates, P.C.
8 South Michigan Avenue
Suite 3600
Chicago, Illinois 60603
(312) 404-3760
patrick.j.ahern@ahernandassociatespc.com
theo.bell@ahernandassociatespc.com