**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WINN-DIXIE STORES, INC. and BI-LO HOLDINGS, LLC,** : <br> : <br> Plaintiffs, : <br> v.  : <br> : <br> **EASTERN MUSHROOM MARKETING COOPERATIVE, INC.,** *et al.*, : <br> : <br> Defendants. : | No. 5:15-cv-06480-BMS |

## CERTIFICATE OF SERVICE

I, Timothy J. Ford, hereby certify that, on May 12, 2020, a true and correct copy of the foregoing Defendants' Statement of Material Facts in Support of Motion for Summary Judgment Against Plaintiff Bi-Lo Holdings, LLC was served via ECF to the counsel of record.

Respectfully submitted,

*/s/ Timothy J. Ford*
James J. Rodgers, Pa. Id. No. 21635
Timothy J. Ford, Pa. Id. No. 325290
**DILWORTH PAXSON LLP**
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Tel: 215-575-7000
jrodgers@dilworthlaw.com
tford@dilworthlaw.com
*Attorneys for Defendant Franklin Organic Mushrooms, Inc.*