IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WINN-DIXIE STORES, INC. and BI-LO HOLDINGS, LLC,** | : |
| **Plaintiffs,** | : |
| v. | : No. 5:15-cv-06480-BMS |
| **EASTERN MUSHROOM MARKETING COOPERATIVE, INC.,** *et al.*, | : |
| **Defendants.** | : |

### ORDER

**AND NOW**, this  15th  day of  May , 2020, upon consideration of Defendants' Motion for Leave to File Sur-Reply in Further Opposition to Plaintiffs' Motion to Stay Defendants' Motion for Summary Judgment Against Plaintiff Bi-Lo Holdings, LLC and any response thereto, it is hereby **ORDERED** that the Motion for Leave to File Sur-Reply is **GRANTED**.

Defendants' Sur-Reply shall be considered in further opposition to Plaintiffs' Motion to Stay [Docket No. 240].

BY THE COURT:

/s/ Berle M. Schiller
SCHILLER, J.