UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | x |  |
| WINN-DIXIE STORES, INC. and BI-LO HOLDINGS, LLC. | : | No. 15-cv-6480 |
|  | : |  |
| Plaintiffs, | : | Related Action: |
|  | : | Master File No. 06-cv-0620 |
| v. | : |  |
|  | : |  |
| EASTERN MUSHROOM MARKETING COOPERATIVE, INC., et al., | : |  |
|  | : |  |
| Defendants | : |  |
|  | : |  |
|  | x |  |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS'
MOTION FOR LEAVE TO FILE SUR-REPLY AND PLAINTIFFS'
CROSS MOTION, IN THE ALTERNATIVE, FOR LEAVE TO FILE
A RESPONSE TO DEFENDANTS' PROPOSED SUR-REPLY**

Defendants' Motion for Leave to File Sur-Reply should be denied because (1) sur-replies are disfavored, (2) the proposed sur-reply merely repeats arguments in Defendants' Response (Dkt. 245), and (3) the proposed sur-reply is improper because it raises an argument under Rule 56(d) which is premature as Plaintiffs have not yet responded to Defendants' Motion for Summary Judgment Against Bi-Lo.  In the alternative, if this Court grants Defendants leave to file the proposed sur-reply, Plaintiffs cross move for leave to file a brief response to the proposed sur-reply which is attached hereto as Exhibit 1.

Dated: May 15, 2020

Respectfully submitted,

*/s/ Patrick J. Ahern*

Patrick J. Ahern
Theodore B. Bell
AHERN AND ASSOCIATES, P.C.
8 South Michigan Avenue
Suite 3600
Chicago, Illinois 60603
Tel: (312) 404-3760
patrick.ahern@ahernandassociatespc.com

**Counsel for Plaintiff Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC**