IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WINN-DIXIE STORES, INC. and BI-LO HOLDINGS, LLC,** : <br> : <br> **Plaintiffs,** : <br> v. : <br> : <br> **EASTERN MUSHROOM MARKETING COOPERATIVE, INC.,** *et al.*, : <br> : <br> **Defendants.** : | No. 5:15-cv-06480-BMS |

## ORDER

**AND NOW**, this 18th day of May, 2020, upon consideration of Certain Defendants' Motion for Leave to File Sur-Reply in Further Opposition to Plaintiffs' Motion to Enforce Prior Court Orders and to Extend the Remaining Case Schedule by 60 Days, it is hereby **ORDERED** that the Motion for Leave to File Sur-Reply is **GRANTED**.

Defendants' Sur-Reply shall be considered in further opposition to Plaintiffs' Motion to Enforce Prior Court Orders and to Extend the Remaining Case Schedule by 60 Days. (Dkt. No. 234)

                                                      **BY THE COURT:**

                                                      /s/ Berle M. Schiller
                                                      SCHILLER, J.