# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WINN-DIXIE STORES, INC.**, *et al.*, | : | |
| Plaintiffs, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **EASTERN MUSHROOM MARKETING** | : | |
| **COOPERATIVE**, *et al.*, | : | **No. 15-6480** |
| Defendants. | : | |

## ORDER

**AND NOW**, this **29th** day of **June 2020**, after consideration of Plaintiffs' Motion to Enforce Prior Court Orders and to Extend the Remaining Case Schedule By 60 Days, the responses and replies thereto, and for the reasons provided in this Court's Memorandum dated June 29, 2020 it is **ORDERED** that the Motion (Document No. 234) is **DENIED without prejudice** insofar as it seeks to compel Defendants' to produce additional documents pursuant to Paragraph 2 of this Court's Order of April 2, 2020.

**BY THE COURT:**

**/s/** Berle M. Schiller

**Berle M. Schiller, J.**