### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WINN-DIXIE STORES, INC.,** *et al.*, | : | |
| Plaintiffs, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **EASTERN MUSHROOM MARKETING** | : | |
| **COOPERATIVE,** *et al.*, | : | No. 15-6480 |
| Defendants. | : | |

### ORDER

**AND NOW**, this **15th** day of **July 2020**, after consideration of Plaintiffs' Motion and Memorandum for Leave to File Amended Complaint Alleging Additional Conspiratorial Conduct of The Defendants and To Extend the Conspiracy and Damages Period Through At Least 2010 Based on New Evidence Learned Through Discovery, and the responses thereto, and for the reasons outlined in this Court's Memorandum dated July 15, 2020, it is **ORDERED** that Plaintiffs' Motion (Document No. 266) is **DENIED**.

**BY THE COURT:**

**/s/** Berle M. Schiller

**Berle M. Schiller, J.**