# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WINN-DIXIE STORES, INC., *et al.*, | : | |
|     Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EASTERN MUSHROOM MARKETING COOPERATIVE, *et al.*, | : | No. 15-6480 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **5th** day of **February 2021**, upon consideration of Defendant M. Cutone Mushroom Co., Inc.'s Motion for Partial Summary Judgment, and the responses and replies thereto, and for the reasons outlined in this Court's Memorandum dated February 5, 2021, it is **ORDERED** that Defendant's Motion (Document No. 303) is **GRANTED**.

BY THE COURT:

/s/ Berle M. Schiller
_____
**Berle M. Schiller, J.**