# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WINN-DIXIE STORES, INC.,** *et al.*, | : | |
| Plaintiffs, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **EASTERN MUSHROOM MARKETING** | : | |
| **COOPERATIVE,** *et al.*, | : | **No. 15-6480** |
| Defendants. | : | |

## ORDER

**AND NOW**, this **12th** day of **May, 2021**, after consideration of Defendants' Motion for Partial Summary Judgment Against Plaintiff Winn-Dixie, and the responses and replies thereto, and for the reasons outlined in this Court's Memorandum dated May 12, 2021, it is **ORDERED** that Defendants' Motion for Partial Summary Judgment (Document No. 286) is **DENIED**.

BY THE COURT:

/**s**/ Berle M. Schiller

**Berle M. Schiller, J.**