# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WINN-DIXIE STORES, INC.**, *et al.*, | : | |
| Plaintiffs, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **EASTERN MUSHROOM MARKETING** | : | |
| **COOPERATIVE**, *et al.*, | : | **No. 15-6480** |
| Defendants. | : | |

## ORDER

**AND NOW**, this **9th** day of **June**, **2021**, after consideration of Defendants' Motion to Preclude Plaintiffs' Proposed Expert Testimony at Trial, and the responses and replies thereto, and Plaintiffs' Motion to Exclude or Limit the Opinions of Defendants' Expert, and the responses and replies thereto, and for the reasons outlined in this Court's Memorandum dated June 9, 2021, it is **ORDERED** that:

1. Defendants' Motion to Preclude Plaintiffs' Proposed Expert Testimony at Trial (Document No. 300) is **GRANTED in part** and **DENIED in part**. Plaintiffs' expert Dr. Leffler is not permitted to offer opinion testimony of damages incurred during conspiracy periods three and four.

2. Plaintiffs' Motion to Exclude or Limit the Opinions of Defendants' Expert (Document No. 301) is **DENIED**.

**BY THE COURT:**

/s/ Berle M. Schiller

**Berle M. Schiller, J.**