# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WINN-DIXIE STORES, INC., *et al.*, | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EASTERN MUSHROOM MARKETING | : | |
| COOPERATIVE, *et al.*, | : | No. 15-6480 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **26th** day of **January, 2022**, upon consideration of Plaintiff's Motion for Summary Judgment on Capper-Volstead Immunity for the American Mushroom Cooperative (Dkt. 387), Defendants' Memorandum in Opposition to Winn Dixie's Motion for Summary Judgment on the AMC's Entitlement to Capper Volstead Immunity for Allegedly Anticompetitive Conduct From 2006 Through 2009 and Cross Motion for Summary Judgment on the Same Issue (Dkt. 404), and Plaintiff's Reply Memorandum in Support of Plaintiff's Motion for Summary Judgment on Capper-Volstead Immunity for the American Mushroom Cooperative (Dkt. 408), it is **ORDERED** that:

1. Plaintiff's Motion for Summary Judgment is **GRANTED.**

2. Defendant's Motion for Summary Judgment is **DENIED.**

BY THE COURT:

_____
**Berle M. Schiller, J.**